UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No. __2:19-cr-00509-MHH-SGC__ |
| | ) |
| __JOHNNY LEE SMITH, III__ , | ) |
| | ) |
| Defendant. | ) |

## GUILTY PLEA ADVICE OF RIGHTS CERTIFICATION[1]

**Instructions to Counsel**

Before the offer of a plea of guilty, counsel for the defendant must personally discuss, in detail, each of the following matters with the defendant. If able, the defendant should inscribe his or her initials in the appropriate places on this form. Once completed, the certification will be filed on the record.

### A. At the Change of Plea Hearing

1. I will be placed under oath.

    I understand,
    _JLS III_.

2. I will be subject to penalties for perjury or further prosecution if I willfully make a false statement.

    I understand,
    _JLS III_.

3. If anything is said or done in court that I do not understand, I must tell the judge.

    I understand,
    _JLS III_.

4. I may be asked about my education and job history and whether I read, write, and understand the English language.

    I understand,
    _JLS III_.

5. I will be asked if I have any mental or emotional impairment or physical illness that might affect my ability to understand the court proceedings.

    I understand,
    _JLS III_.

6. I will be asked if I have taken any drugs, medications, or other substances that might affect my ability to understand the court proceedings.

    I understand,
    _JLS III_.

---

[1] This form was approved for use in the United States District Court for the Northern District of Alabama on **May --, 2013. Do not use an earlier version.**

7. I will be asked if my plea is voluntary.  I understand, _JLS III_.

8. I will be asked if anyone coerced or threatened me to plead guilty.  I understand, _JLS III_.

9. I will be asked if I have any complaints about my attorney.  I understand, _JLS III_.

10. I will be asked:  I understand,

    a. If I received the indictment;  _JLS III_

    b. If I read the indictment or my attorney read it to me; and  _JLS III_

    c. If I understand the charge(s) against me.  _JLS III_.

11. I will be asked:  I understand,

    a. If I have read the plea agreement or my attorney read it to me;  _JLS III_

    b. If I had enough time to discuss the content of the plea agreement with my attorney;  _JLS III_

    c. If the plea agreement includes all agreements with the prosecutor;  _JLS III_

    d. If I personally understand the content of the plea agreement.  _JLS III_.

## B. Explanation of Substantive Rights

1. I am not required to plead guilty to any charge.  I understand, _JLS III_.

2. By pleading guilty, I am giving up the following:  I understand,

    a. The presumption of innocence;  _JLS III_

    b. A speedy and public jury trial in which the Government must prove each and every element of the charge(s) beyond a reasonable doubt;  _JLS III_

    c. The right to confront the Government's witnesses;  _JLS III_

    d. The right to cross-examine the Government's witnesses;  _JLS III_

    e. The right to call witnesses on my behalf;  _JLS III_

    f. The right to choose to testify.  _JLS III_.

3. If I decided to testify at trial, I would be placed under oath, and I would be subject to cross-examination by the prosecutor.

I understand, JLS ⲦⲎ.

4. If I decided not to testify at trial or to offer any evidence in my defense, those facts could not be used against me.

I understand, JLS ⲦⲎ.

5. By pleading guilty, I am not giving up the right to be represented by a Constitutionally adequate attorney.

I understand, JLS ⲦⲎ.

C. **Explanation of the Charge(s)**

1. I will be asked if I had enough time to discuss the case with my attorney.

I understand, JLS ⲦⲎ.

2. I will be asked if my attorney has explained the elements of the charge(s) against me.

I understand, JLS ⲦⲎ.

3. The judge will not accept my guilty plea(s) until he or she is satisfied that the Government can prove a factual basis for each element of the charges to which I am pleading guilty.

I understand, JLS ⲦⲎ.

4. If my guilty plea(s) is accepted by the judge, only two things remain to be done:

I understand,

a. A United States Probation Officer will conduct a presentence investigation and produce a Presentence Investigation Report; and

JLS ⲦⲎ

b. The judge will impose a sentence.

JLS ⲦⲎ.

D. **Explanation of Possible Penalties**

I understand,

1. I will be asked if my attorney has explained the mandatory statutory minimum sentence (if any) and the maximum statutory penalty for each charge against me.

JLS ⲦⲎ

I understand,

2. If a mandatory statutory minimum sentence is applicable, the judge cannot sentence me below the minimum sentence unless a rare exception exists.

JLS ⲦⲎ.

I understand,

3. The judge is required to consider the United States Sentencing Guidelines before imposing a sentence.

JLS ⲦⲎ.

I understand,

4. I will be asked if my attorney has discussed the Guidelines with me and the fact that the judge may sentence me to a higher or lower sentence.

JLS ⲦⲎ.

5. The judge will require me to make restitution to any and all victims of the charge(s) to which I am pleading guilty.

I understand, JLS III.

6. The amount of restitution, and the schedule of its payment, will be based on the information within Presentence Investigation Report.

I understand, JLS III.

7. The judge may require that I be supervised by the United States Probation Office following any term of imprisonment.

I understand, JLS III.

8. The judge may be required to impose a fine, unless:

    a. I am unable to pay a fine, or;

    b. Imposing a fine would unduly burdensome.

I understand,

JLS III

JLS III.

9. If I have financial means, the judge may require me to pay all or part of the costs of my imprisonment or supervision.

I understand, JLS III.

10. If I am not a citizen of the United States, I may be deported as a result of the guilty plea.

I understand, JLS III.

E. **Plea Agreement**

1. If there is a plea agreement, the agreement will be disclosed on the record.

I understand, JLS III.

2. The judge is not bound by the terms of plea agreement, and if the agreement is rejected, I cannot withdraw the guilty plea.

I understand, JLS III.

F. **Certification of Defendant**

1. I, _____, hereby acknowledge that my attorney, whose name is signed to the attorney certification below, has explained to me, in detail each of the matters set out above.

2. I also certify that I am satisfied with the representation my attorney has provided me, and that I have no complaints about any aspect of his or her representation of me.

3. I further certify that I am not under the influence of any alcoholic beverage, intoxicating liquor, drugs, medication, or other substance that affected my ability to understand all of the matters set out above.

4. Finally, I certify that I am entering my guilty plea(s) because I am in fact guilty, and I request that the court accept my plea(s).

__4-20-2020__                  _____
Date                                              Signature of Defendant

## G. Certification of Counsel

As counsel of record for the above named defendant, I hereby certify that:

1. I have discussed with the defendant, in detail, each of the matters set out above;

2. I have observed the defendant today, before the plea proceeding, and I am aware of no reason why the defendant is not competent to enter a guilty plea(s) at this time; and,

3. I am aware of no reason, at this time, why the defendant's guilty plea(s) should not be accepted by the court.

__5-5-20__                  _____
Date                                              Signature of Attorney for Defendant